

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DOMINO JOHNSON | CIVIL ACTION |
| VERSUS | NO. 02-1645 |
| ORLEANS PARISH PRISON, ET AL | SECTION "M"(4) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the terms of the settlement agreement reached on February 24, 2005, remain in force as indicated on the record.

New Orleans, Louisiana, this 22nd day of Feb., 2006.

_____
UNITED STATES DISTRICT JUDGE

**CLERK TO NOTIFY ALL PARTIES INCLUDING PLAINTIFF'S PRIOR COUNSEL**