FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 25  PM 4: 44

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN ESITRICT OF LOUISIANA

DOMINO JOHNSON                                    CIVIL ACTION
                                                  NO. 02-1645

VERSUS

ORLEANS PARISH PRISON, ET AL.                     SECTION M

## ORDER

Having considered the Plaintiff's Motion of Reconsideration of Treatment Plan (# 153), Defendant's Memorandum in Opposition (#154), Plaintiff's Motion for Opposition (#155), as well as the applicable law, the Court finds that Plaintiff has no basis for reconsideration of his treatment plan under FRCP 59 or 60(b), and accordingly, his Motion is **DENIED**.

New Orleans, Louisiana, this 25th day of July, 2006.

Peter Beer
United States District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____